IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **TIG Insurance Company** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | FILED: MARCH 31, 2008 |
| v. | ) | Case No. 08CV1846        TG |
| | ) | JUDGE ANDERSEN |
| **Swiss Reinsurance America Corporation** | ) | MAGISTRATE JUDGE VALDEZ |
| | ) | |
| **Defendant.** | ) | |

### PLAINTIFF'S NOTIFICATION OF AFFILIATES DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2, Plaintiff TIG Insurance Company ("TIG") submits the following statement:

1) TIG is a wholly owned subsidiary of TIG Insurance Group, Inc.

2) TIG Insurance Group, Inc. is a wholly owned subsidiary of TIG Holdings, Inc.

3) TIG Holdings, Inc. is a wholly owned subsidiary of Fairfax Financial Holdings, Limited.

Respectfully submitted,

TIG INSURANCE COMPANY

_____
One of its Attorneys

Eric A. Haab
Robin C. Dusek
LOVELLS LLP
330 North Wabash, Suite 1900
Chicago IL 60611
(312) 832-4400
(312) 832-4444 (fax)