# Affidavit of Process Server

08CV1846

**TIG Insurance Co.** vs **Swiss Reinsurance America**
PLAINTIFF/PETITIONER / DEFENDANT/RESPONDENT / CASE #

Being duly sworn, on my oath, I, _Andrew Raphael_,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served _Swiss Reinsurance America Corp._
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $____ witness fee and mileage
☒ _2 sets of Summons and Complaint with boo check made payable to Director of Insurance_

by serving (NAME) _Glen Gasiorek_

at ☐ Home ____
☒ Business _100 W. Randolph 9th FL Chicago, IL_
☐ on (DATE) _April 24, 2008_ at (TIME) _1:45 pm_

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) ____
from (CITY) ____ (STATE) ____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely _Glen Gasiorek_
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely ____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address    ☐ Evading    ☐ Other: ____
☐ Address Does Not Exist  ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding  ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )____ DATE TIME, ( )____ DATE TIME,
( )____ DATE TIME, ( )____ DATE TIME, ( )____ DATE TIME

**Description:**
☒ Male / ☐ Female
☒ White Skin / ☐ Black Skin / ☐ Yellow Skin / ☐ Brown Skin / ☐ Red Skin
☐ Black Hair / ☐ Brown Hair / ☒ Blond Hair / ☐ Gray Hair / ☐ Red Hair
☐ White Hair / ☐ Balding / ☐ Mustache / ☐ Beard
☐ 14-20 Yrs. / ☐ 21-35 Yrs. / ☒ 36-50 Yrs. / ☐ 51-65 Yrs. / ☐ Over 65 Yrs.
☐ Under 5' / ☐ 5'0"-5'3" / ☐ 5'4"-5'8" / ☒ 5'9"-6'0" / ☐ Over 6'
☐ Under 100 Lbs. / ☐ 100-130 Lbs. / ☐ 131-160 Lbs. / ☒ 161-200 Lbs. / ☐ Over 200 Lbs.
☒ Glasses

OTHER IDENTIFYING FEATURES: ____

State of Illinois   County of Cook

Subscribed and sworn to before me,
a notary public, this _24th_ day of _April_, 20_08_.

_____ NOTARY PUBLIC

OFFICIAL SEAL
BETHZAIDA PEREZ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-22-2010

SERVED BY
LASALLE PROCESS SERVERS

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

TIG Insurance Comapny

CASE NUMBER: 08 CV 1846

V.

ASSIGNED JUDGE: Judge Andersen

Swiss Reinsurance America Corporation

DESIGNATED MAGISTRATE JUDGE: Magistrate Judge Valdez

TO: (Name and address of Defendant)

Swiss Reinsurance America Corporation
c/o Illinois Director of Insurance
James R. Thompson Center
100 W. Randolph St., Suite 9-301
Chicago IL  60601-3395

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Eric A. Haab
Robin C. Dusek
LOVELLS LLP
330 N. Wabash, Suite 1900
Chicago IL  60611

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

N **Michael W. Dobbins, Clerk**

_____
(E (By) DEPUTY CLERK

April 18, 2008
_____
Date



AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| Service of the Summons and complaint was made by me [1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                           *Signature of Server*

                                          _____
                                          *Address of Server*

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.