IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TIG Insurance Company, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.   08 CV 1846 |
| | ) | |
| v. | ) | Judge Wayne R. Andersen |
| | ) | |
| Swiss Reinsurance America Corporation, | ) | Magistrate Judge Maria Valdez |
| | ) | |
| Defendant. | ) | |

## AGREED MOTION FOR EXTENSION OF TIME

NOW COMES Defendant SWISS REINSURANCE AMERICA CORPORATION ("Swiss Re"), by its attorneys, BATES & CAREY LLP, and moves this Court, pursuant to an agreement between the parties, for an order extending Swiss Re's time to answer or otherwise plead to the Complaint filed by Plaintiff TIG INSURANCE COMPANY ("TIG"). In support of this Agreed Motion, Defendant states:

1. On March 31, 2008, TIG filed a Complaint for Declaratory Judgment and Money Damages against Swiss Re in the above-captioned matter.

2. On April 24, 2008, Swiss Re was served with the Complaint.

3. A responsive pleading was originally due on May 14, 2008. On May 9, 2008, TIG agreed to a 14-day extension, until May 28, 2008, for Swiss Re to answer or otherwise plead to the Complaint.

4. Therefore, Swiss Re has filed this Agreed Motion for an Order reflecting said extension of time.

2

WHEREFORE, Defendant Swiss Re respectfully requests this Court enter an Order granting Defendant an extension of time until May 28, 2008, to answer or otherwise plead to Plaintiff's Complaint.

DATED: May 13, 2008

                SWISS REINSURANCE AMERICA
                CORPORATION


                By: */s/ Robert J. Bates, Jr.*
                     One of Its Attorneys

Robert J. Bates, Jr. (Bar No. 3122268)
BATES & CAREY LLP
191 North Wacker
Suite 2400
Chicago, IL 60606
312-762-3170 (Telephone)
312-762-3200 (Facsimile)
*rbates@batescarey.com*
*Attorney for Defendant*

254834