IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TIG Insurance Company, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.   08 CV 1846 |
| | ) | |
| v. | ) | Judge Wayne R. Andersen |
| | ) | |
| Swiss Reinsurance America Corporation, | ) | Magistrate Judge Maria Valdez |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:  Counsel of Record

On May 21, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Wayne R. Andersen or any judge sitting in his stead, in courtroom 1403 usually occupied by him at the U.S. District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Agreed Motion For Extension Of Time**, a copy of which was previously e-filed and served on May 13, 2008.

DATED:  May 16, 2008

Respectfully submitted,

By:  s/Robert J. Bates, Jr.
One of the attorneys for Defendant
Swiss Reinsurance America Corporation

Robert J. Bates, Jr. (Bar No. 3122268)
BATES & CAREY LLP
191 North Wacker
Suite 2400
Chicago, IL 60606
312-762-3170 (Telephone)
312-762-3200 (Facsimile)
*rbates@batescarey.com*
*Attorney for Defendant*
255539