IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **TIG Insurance Company**<br><br>　　**Plaintiff,**<br><br>　　v.<br><br>**Swiss Reinsurance America Corporation**<br><br>　　**Defendant.** | Case No. 08 CV 1846<br>Judge Wayne R. Andersen<br>Magistrate Judge Maria Valdez |

### DEFENDANT'S NOTIFICATION OF AFFILIATES DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2 and Federal Rule of Civil Procedure 7.1, Defendant Swiss Reinsurance America Corporation ("Swiss Re") submits the following statement:

1.　Swiss Reinsurance America Corporation is a wholly owned subsidiary of Swiss Re Solutions Holding Corporation.

2.　Swiss Re Solutions Holding Corporation is a wholly owned subsidiary of Swiss Re America Holding Corporation.

3.　Swiss Re America Holding Corporation is a wholly owned subsidiary of Swiss Reinsurance Company.

　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　By: s/ Robert J. Bates, Jr.
　　　　　　　　　　　　　　　　　　One of the attorneys for Defendant
　　　　　　　　　　　　　　　　　　Swiss Reinsurance America Corporation

Robert J. Bates, Jr. (Bar No. 3122268)
Bonny S. Garcha (Bar No. 627092)
BATES & CAREY LLP
191 North Wacker
Suite 2400
Chicago, IL 60606
312-762-3170 (Telephone)
312-762-3200 (Facsimile)
*rbates@batescarey.com*
*bgarcha@batescarey.com*
*Attorneys for Defendant*


Dated:   May 28, 2008

Document2