# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

TIG Insurance Company

                                                  Plaintiff,

v.                                                   Case No.: 1:08−cv−01846
                                                          Honorable Wayne R. Andersen

Swiss Reinsurance America Corporation

                                                  Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Maria Valdez for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.

Dated: June 17, 2008

                                                                       /s/ Wayne R. Andersen

                                                                   United States District Judge