IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **TIG Insurance Company** | ) | |
| | ) | |
| **Plaintiff,** | ) | Case No. 08 CV 01846 |
| | ) | |
| v. | ) | Hon. Wayne R. Andersen |
| | ) | |
| **Swiss Reinsurance America Corporation** | ) | Magistrate Judge Maria Valdez |
| | ) | |
| **Defendant.** | ) | |

### STIPULATION OF DISMISSAL

NOW COME the Plaintiff, TIG Insurance Company, by and through its attorneys, LOVELLS LLP, and the Defendant, Swiss Reinsurance America Corporation, by and through its attorneys, BATES & CAREY LLP, and, pursuant to Fed. R. Civ. Proc. 41(a)(1) and the confidential settlement reached by the parties, stipulate to the dismissal of the Plaintiff's claims against the Defendant in their entirety with prejudice. Each party shall bear its own costs, expenses, and attorneys' fees.

Respectfully submitted,

/s/ Robin C. Dusek                                                 /s/ Robert J. Bates, Jr.

Eric A. Haab                                                             Robert J. Bates, Jr.
Robin C. Dusek                                                        Bonny S. Garcha
LOVELLS LLP                                                          BATES & CAREY LLP
330 North Wabash, Suite 1900                              191 North Wacker Drive, Suite 2400
Chicago IL 60611                                                     Chicago, IL 60606
(312) 832-4400                                                        (312) 762-3100

**Counsel for Plaintiff**                                          **Counsel for Defendant**

Date: July 25, 2008                                                Date: July 25, 2008

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that she caused a true and correct copy of the attached **Stipulation of Dismissal** to be served by upon:

> Robert J. Bates, Jr.
> Bonny S. Garcha
> Bates & Carey LLP
> 191 North Wacker Drive
> Suite 2400
> Chicago, IL 60606

via the court's electronic filing system, this 25th day of July, 2008.


/s/   Robin C. Dusek
      Robin C. Dusek

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **TIG Insurance Company** | ) | |
| | ) | |
| **Plaintiff,** | ) | Case No. 08 CV 01846 |
| | ) | |
| v. | ) | Hon. Wayne R. Andersen |
| | ) | |
| Swiss Reinsurance America Corporation | ) | Magistrate Judge Maria Valdez |
| | ) | |
| **Defendant.** | ) | |

### NOTICE OF FILING

PLEASE TAKE NOTICE that on July 25, 2008 we filed with the United States District Court, Northern District of Illinois, a **Stipulation of Dismissal,** a copy of which is attached and hereby served upon you.

Dated: July 25, 2008

                                                Respectfully submitted,

                                                TIG Insurance Company


                                  By:    /s/ Robin C. Dusek
                                                    One of Its Attorneys

Eric A. Haab - 6201275
Robin C. Dusek - 6255875
LOVELLS LLP
330 N. Wabash Ave., Suite 1900
Chicago, IL 60611
312-832-4000
312-832-4400 (fax)