  # United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 8 C 1846 | DATE | 7/31/2008 |
| CASE TITLE | TIG Insurance Company vs. Swiss Reinsurance America Corporation | | |

**DOCKET ENTRY TEXT**

Enter order. It is hereby ordered that the claims brought by Plaintiff TIG Insurance Company against defendant Swiss Reinsurance America Corporation are dismissed with prejudice, with each party to bear its own costs and attorneys' fees. Any scheduled court dates are stricken as moot.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2008 AUG -4 AM 8: 31
CLERK
U.S. DISTRICT COURT

Courtroom Deputy Initials:  TSA