

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **TIG Insurance Company** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CV 01846 |
| | ) | |
| v. | ) | Hon. Wayne R. Andersen |
| | ) | |
| **Swiss Reinsurance America Corporation** | ) | Magistrate Judge Maria Valdez |
| | ) | |
| **Defendant.** | ) | |

### ORDER

This matter coming to be heard on the Stipulation of Dismissal filed by Plaintiff TIG Insurance Company and Defendant Swiss Reinsurance America Corporation, pursuant to Fed. R. Civ. Proc. 41(a)(1) and the confidential settlement reached by the parties,

IT IS HEREBY ORDERED that the claims brought by Plaintiff TIG Insurance Company against Defendant Swiss Reinsurance America Corporation are dismissed with prejudice, with each party to bear its own costs and attorneys' fees. Any scheduled court dates are stricken as moot.

_____
United States District Judge

Entered: July 31, 2008